FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP - 6 2011

JAMES N. HATTEN, Clerk
By: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 1:11-MJ-1258-GGB |
| ERIC PETERSON | : |

## GOVERNMENT'S MOTION FOR DISMISSAL

The United States, represented by the undersigned, respectfully moves this Court to dismiss without prejudice the complaint in this matter, charging a violation of 18 U.S.C. § 2252.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _____
ROBERT C.I. McBURNEY
ASSISTANT U.S. ATTORNEY
404-581-6184/404-581-6181 (fax)
Georgia Bar No. 481070

---

## ORDER

On this 6th day of September, 2011, dismissal is granted on such terms as are contained in the Government's motion set forth above.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE